384 A.2d 1359

**Timothy E. AUGUST, Appellant,**

**v.**

**George W. STASAK, Ruth Mary Stasak and John M. Stasak.**

**David C. BELZNER, Appellant,**

**v.**

**John STASAK.**

Superior Court of Pennsylvania.

Argued Sept. 14, 1977.

Decided April 13, 1978.

Paul C. Hensel, Bethlehem, for appellant, at No. 1098.

Robertson B. Taylor, Bethlehem, for appellant, at No. 1143.

John C. Hambrook, Easton, for appellee, Insurance Co. of North America, Garnishee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Orders affirmed.

HOFFMAN and SPAETH, JJ., dissent on the ground that the rule of *Brakeman v. Potomac Ins. Co.*, 472 Pa. 66, 371 A.2d 193 (1977) should be applied, as it was applied in *Brakeman*, to all cases pending on appeal.

WATKINS, former President Judge, and CERCONE, J., did not participate in the consideration or decision of this case.